11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

$4,350 in U.S. Currency (Chuck Jaquay Savage)

Appellant

Vs.                   No. 11-02-00235-CV B Appeal from Hunt County

State of Texas

Appellee

 

Appellant has failed to comply with this
court=s November 14, 2002, order directing that the
clerk=s record and the reporter=s record be filed in this court by November
27, 2002.  Therefore, the appeal is
dismissed for want of prosecution. 
TEX.R.APP.P. 37.3 & 42.3.

 

PER CURIAM

 

December 6, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.